IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : Case No. 2:17-cr-00035 |
| | : |
| v. | : JUDGE ALGENON L. MARBLEY |
| | : |
| KIRTLEY L. HODGE, | : |
| | : |
| Defendant. | : |

## ORDER

This matter is before the Court on Defendant Kirtley L. Hodge's Motion for Reconsideration of the Court's July 6, 2020 Opinion and Order Denying Compassionate Release. Doc. 68. The Court declined to grant Defendant's Motion for Compassionate Release due to his history of violence and the fact that officers recovered five firearms, including an AK-47 style rifle, from Defendant's residence during his most recent arrest. Nothing in Defendant's Motion for Reconsideration changes these facts. Accordingly, the Court **DENIES** Defendant's Motion for Reconsideration [#68].

IT IS SO ORDERED.

ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE

DATED: August 24, 2020